UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SARAH JUNE JULIAN | ) CASE NO. 14-10640-RLM |
| | ) |
| DEBTOR | ) |
| | ) |

## MOTION TO SELL REAL PROPERTY

Comes now the Debtor, Sarah June Robison, formerly known as Sarah June Julian, by counsel, and moves the Court pursuant to 11 U.S.C. 363 to approve the sale of property as described below. In support of her Motion the Debtor states as follows:

1. The property to be sold is residential real estate commonly known as 111 Bayley Circle Noblesville, IN 46062: Lot 19 North Harbor, Section 1, Hamilton County.

2. The property is currently held as fee simple by the Debtor Sarah June Julian.

3. The prospective purchasers are Justin and Sarah Newby.

4. Seterus holds a first priority mortgage lien on the Debtor's residence with balance of approximately $284,170.39.

5. STAR Financial Bank holds a second mortgage lien on the Debtor's residence with a balance of approximately $30,124.28.

6. The sale of the real estate for $380,000.00 shall pay the mortgage creditors Seterus and STAR Financial Bank, real estate taxes to Hamilton County, and fees of costs of the sale as listed in the attached Settlement Statement, with the remaining net proceeds to be turned over to the Chapter 13 Trustee for distribution to be determined by a separate motion and order.

7. There are no known contingencies to the sale.

8. A copy of the purchase agreement is attached to this motion as Exhibit A.

9. The property was marketed by John Hirschfeld, real estate agent with F.C. Tucker, whose address is 100 Lakeview Drive, Noblesville, IN 46060. An Application to Employ Mr. Hirschfeld was filed in this case on October 5, 2017, and no objections have been received to date. There are no other current offers to purchase.

10. There are no known relationships among the prospective purchaser and its insiders and the Debtor and the Trustee and their insiders.

11. The closing date is expected to be on November 3, 2017.

NOTICE IS GIVEN that any objection to the proposed sale must be filed with the Bankruptcy Clerk within **21 days** from date of service [or such other time period as may be permitted by Fed.R. Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

116 U.S. Courthouse
46 E. Ohio St.
Indianapolis, IN 46204

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, Debtor moves the Court for an Order allowing the sale of the real property at 111 Bayley Circle Noblesville, IN 46062, Hamilton County, for settlement and distribution of sale proceeds as set forth above, and for any other relief just and proper in the premises.

By: /s/ Andrew Sawin

>Sawin & Shea, LLC
>Attorneys for Debtor(s)
>6100 N KEYSTONE AVE STE 620
>INDIANAPOLIS IN  46220-2430
>ecf@sawinlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

United States Trustee

Chapter 13 Trustee

See attached creditor listing

October 6, 2017                                         /s/ Andrew Sawin

| | | |
|---|---|---|
| | CitiMortgage, Inc<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 |
| Ally Financial serviced by Ally Servicing LL<br>PO Box 130424<br>Roseville, MN 55113-0004 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| American Financial Credit Services<br>10333 North Meridian<br>Suite 270<br>Indianapolis, IN 46290-1144 | American InfoSource LP as agent for<br>St. Vincent Hospital<br>as assignee of St Vincent Carmel Hospita<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Chase-pier1<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 | Comenity Bank/gndrmtmc<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/pier 1<br>4590 E Broad St<br>Columbus, OH 43213-1301 |
| Community Wide Fcu<br>Attn:Bankruptcy<br>1555 Western Ave<br>South Bend, IN 46619-3742 | Department Stores National Bank For Macys Br<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Ditech.com/GMAC Mortgage<br>Attn: Bankruptcy<br>1100 Virginia Dr<br>Fort Washington, PA 19034-3277 |
| Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Federal National Mortgage Association<br>creditor c/o Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143-1047 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Forum Credit Union<br>11313 Usa Pkwy<br>Fishers, IN 46037-9208 | GECRB/ Old Navy<br>Attention:  GEMB<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/JC Penny<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Sams Club<br>Gecrb/Sams Club<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gander Mountain<br>POB 659569<br>San Antonio, TX 78265-9569 |
| Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Hamilton County Treasurer<br>33 N. Ninth St.<br>Noblesville, IN 46060-2200 | Haney CPA Group, P.C.<br>7510 E. 82nd St.<br>Indianapolis, IN 46256-1410 |

Huntington Natl Bk
Huntington National Bank - Bankruptcy No
Po Box 89424
Cleveland, OH 44101-6424

INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, MS108
100 N. SENATE AVE., N240
INDIANAPOLIS, IN 46204-2231

Indiana Department of Revenue
IN Government Center North
100 N. Senate, Rm N-240
Indianapolis, IN 46204-2231

IndyMac Bank/OneWest Bank
Attn:Bankruptcy Department
2900 Esperanza Crossing
Austin, TX 78758-3658

Internal Revenue Service
Attn: Bankruptcy Dept
PO Box 7346
Philadelphia, PA 19101-7346

JC Penny
PO Box 960090
Orlando, FL 32896-0090

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Marion County Treasurer
City County Bldg., Rm 1041
200 E. Washington St.
Indianapolis, IN 46204-3356

Med 1 Solutions
517 US Highway 31 N.
Greenwood, IN 46142-3932

New Century Mortgage C/Carrington
1610 E. St. Andrew Place
B150
Santa Ana, CA 92705-4931

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

STAR Financial Bank
Retail Managed Asset
P. O. Box 151600
Anderson, IN 46015-1600

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

Sears/cbsd
Citicorp Credit Services/Attn: Centraliz
Po Box 20363
Kansas City, MO 64195-0363

Select Portfolio Servicing
Po Box 65250
Salt Lake City, UT 84165-0250

Star Financial Bank
6230 Bluffton Rd
Fort Wayne, IN 46809-2260

State Farm Fncl Svcs F
State Farm Bank/ Attention: Bankruptcy
Po Box 2328
Bloomington, IL 61702-2328

Syncb/toysrusdc
Po Box 965005
Orlando, FL 32896-5005

TD BANK USA, N.A.
C O WEINSTEIN, PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target
PO Box 660170
Dallas, TX 75266-0170

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

Toys R US
PO Box 530939
Atlanta, GA 30353-0939

| American Land Title Association | ALTA Settlement Statement - Combined |
| --- | --- |
| | Adopted 05-01-2015 |

| | |
| --- | --- |
| File No./Escrow No.: 26194 | Title Services, LLC |
| Print Date & Time: 09/29/17 12:23 PM | ALTA Universal ID: 1017366 |
| Officer/Escrow Officer: | 9201 N. Meridian Street |
| Settlement Location: Title Services, LLC | Suite 100 |
| 9201 N. Meridian Street | Indianapolis, IN 46260 |
| Indianapolis, IN 46260 | |

| | |
| --- | --- |
| Property Address: | Lot 19, North Harbour, Section 1, Hamilton County, IN |
| | 111 Bayley Circle |
| | Noblesville, IN 46062 |
| Buyer: | Justin Newbry and Sarah Newbry, husband and wife |
| Seller: | Sarah J. Robison |
| Lender: | Tucker Mortgage, LLC |
| Settlement Date: | 11/03/2017 |
| Disbursement Date: | 11/03/2017 |
| Additional dates per state requirements: | |

| Seller | | Description | Borrower/Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $380,000.00 | Sale Price of Property | $380,000.00 | |
| | | Deposit | | $3,500.00 |
| | | Loan Amount | | $1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $3,325.66 | | County Property Taxes from 01/01/2017 thru 11/02/2017 | | $3,325.66 |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| $212.50 | | Title - Closing Fee to Title Services, LLC | $212.50 | |
| | | Title - Closing Protection Letters to Old Republic National Title | $50.00 | |
| | | Title - Simplifile Electronic Record Fee to Simplifile | $7.00 | |
| | | Title - TIEFF Fee to Old Republic National Title Ins. | $5.00 | |
| | | Title - Title Admin Fee to Title Services, LLC | $200.00 | |
| $20.00 | | Title - Bank Charges to Title Services, LLC | | |
| $25.00 | | Title - Closing Protection Letter to Old Republic National Title | | |
| $20.00 | | Title - Courier Fee to Title Services, LLC | | |
| $300.00 | | Title - Search & Exam Fee to Title Services, LLC | | |
| $5.00 | | Title - TIEFF Fee to Old Republic National Title Ins. | | |
| | | Title - Lender's Title Insurance $6.00 to Title Services, LLC | $6.00 | |
| $708.00 | | Title - Owner's Title Insurance $708.00 to Title Services, LLC | | |
| | | | | |
| | | **Commission** | | |

Copyright 2015 American Land Title Association.  
All rights reserved.

Page 1 of 3

File # 26194  
Printed on: 09/29/17 12:23 PM

| Seller | | Description | Borrower/Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| $10,906.00 | | Real Estate Commission - Buyer's Realtor to F. C. Tucker Co. 10 | | |
| $13,794.00 | | Real Estate Commission - Listing to F. C. Tucker Co. 08 | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fee (Deed) to Recorder County | $25.00 | |
| | | Recording Fee (Mortgage) to Recorder County | $55.00 | |
| | | Auditor Sale Disclosure Fee to Auditor County | $15.00 | |
| | | **Payoff(s)** | | |
| | | Lender: Payoff of First Mortgage Loan to Seterus, Inc.    $283,543.31 | | |
| $283,543.31 | | Total ($283,543.31) | | |
| | | Lender: Payoff of Second Mortgage Loan to STAR Financial Bank    $30,124.28 | | |
| $30,124.28 | | Total ($30,124.28) | | |
| | | **Miscellaneous** | | |
| $1,983.44 | | 2016/2017 Fall Tax Installment 11-06-23-01-02-021.000 to Hamilton County Treasurer | | |
| $150.00 | | Attorney Fee to David A. Schmitz, Attorney at Law, LLC | | |
| $600.00 | | Home Warranty to NEED INVOICE | | |
| | | Homeowners Assoc Dues Initiation Fee to North Harbour Property Owners Assoc | $95.00 | |
| $112.50 | | Homeowners Assoc Trans/Cert Fee | $112.50 | |
| | | Survey Fee to Hahn Surveying Group | $175.00 | |
| $1,923.17 | | Nov Taxes 16 due 17 to Hamilton County Treasurer | | |
| Seller | | | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
| $347,752.86 | $380,000.00 | **Subtotals** | $380,958.00 | $7,825.66 |
| | | Due **From** Borrower | | $373,132.34 |
| $32,247.14 | | Due **To** Seller | | |
| $380,000.00 | $380,000.00 | **Totals** | $380,958.00 | $380,958.00 |



**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Title Services, LLC to cause the funds to be disbursed in accordance with this statement.

_____         _____         _____         _____
Justin Newbry                                      Date                                              Sarah J. Robison                                Date

_____         _____
Sarah Newbry                                      Date

_____
Escrow Officer                                                                        Date